EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 27 2003

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR03-00433 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. §922(g)(1); |
| RONALD MERLE GOMES, ) | 18 U.S.C. §924(a)(2); 18 U.S.C. §924(e)] |
| Defendant. ) | |

### INDICTMENT

#### COUNT 1

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)(2); 18 U.S.C. §924(e)]

The Grand Jury charges that:

On or about August 10, 2003, in the District of Hawaii, defendant, RONALD MERLE GOMES, then being a person who had three previous convictions for violent felonies and serious drug

offenses as defined in 18 United States Code, Section 924(e)(2), and a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a Ruger model 10-22, .22 caliber rifle, serial number 11684060.

All in violation of Title 18 United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

## COUNT 2

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)(2); 18 U.S.C. §924(e)]

The Grand Jury further charges that:

On or about August 12, 2003, in the District of Hawaii, defendant, RONALD MERLE GOMES, then being a person who had three previous convictions for violent felonies and serious drug offenses as defined in 18 United States Code, Section 924(e)(2), and a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit, 1) 63 rounds of CCI .22 caliber ammunition, 2) 50 rounds of Winchester .357 magnum ammunition and 3) 25 rounds of .38 caliber ammunition made by various manufacturers.

//
//
//
//

All in violation of Title 18 United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

DATED: August 27, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. RONALD MERLE GOMES
Cr. No.
"INDICTMENT"

3